UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOY MARIE ADRIANSON,

    Petitioner,

v.

JEREMY HOWARD,

    Respondent.
_____/

Case No. 1:20-cv-952

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: August 10, 2021

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge